# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIANA TITO | Case No. 2:23-mj-00349-KFW<br><br>**Filed Under Seal** |

### GOVERNMENT'S EX PARTE MOTION TO SEAL
### COMPLAINT, RELATED DOCUMENTS, AND DOCKET ENTRIES
### Filed Under Seal Pursuant to Local Rule 157.6(a)(2) & (b)

The Government hereby requests that this Court seal the complaint filed in this matter, the affidavit in support of the complaint, the arrest warrant itself, and the related docket entries. The release of these documents could compromise the Government's ability to locate the defendant and could create risks for officers attempting to execute the arrest warrant.

The Government requests that the sealing continue until the defendant is arrested. The Government respectfully reserves the right to return to this Court to request an extension of any sealing order if circumstances justify that extension.

Date: 30 November 2023

Peter I. Brostowin
United States Attorney