## SYNOPSIS – INFORMATION

| | |
|---|---|
| **Name:** | Ariana Marie Tito |
| **Address:** (City & State Only) | Biddeford, ME |
| **Year of Birth and Age:** | 2005 (18 years old) |
| **Violations:** | Count 1: Unlawful Flight to Avoid Prosecution <u>See</u> 18 U.S.C. § 1073 (Class D Felony) |
| **Penalties:** | Count 1: Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. §§ 1073, 3571(b)(3) |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To Be Appointed. |
| **Primary Investigative Agency and Case Agent Name:** | Federal Bureau of Investigation – Ryan Hatch Task Force Officer |
| **Detention Status:** | Warrant of Arrest to Issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | Not applicable |
| **County:** | York |
| **AUSA:** | Peter I. Brostowin |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. |