AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
| v. | ) |
| ARIANA TITO | ) Case No. 2:23-mj-00349-KFW |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ariana Tito                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 1073: Unlawful Flight to Avoid Prosecution


Date and time issued:   6:30 pm, Nov 30 2023

                                                                                     *Judge's Signature*

City and state:      Portland, Maine                    Karen Frink Wolf,  U.S. Magistrate Judge
                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                        _____
                                                                       *Arresting officer's signature*

                                                                       _____
                                                                       *Printed name and title*