# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:23-mj-00349-KFW |
| ARIANA TITO | |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the Complaint in this case, and any resulting orders and docket entries. In support of this motion, the government states the following:

The Complaint in this matter was filed on November 30, 2023. An arrest warrant was subsequently issued. The defendant was apprehended and is being prosecuted by the State of Maine. The government therefore will be moving for leave to dismiss the Complaint. The reasons for sealing no longer exist.

Date: January 5, 2024.

                                                Respectfully submitted,

                                                DARCIE N. MCELWEE
                                                United States Attorney

                         By:    /s/Peter I. Brostowin
                               Assistant U.S. Attorney
                               United States Attorney's Office
                               100 Middle Street
                               Portland, ME 04101
                               Peter.Brostowin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing Motion to Unseal with the Clerk of Court via email.

                                        DARCIE N. MCELWEE
                                      United States Attorney

By:    */s/ Kate Whalen*
          Paralegal Specialist

On Behalf Of:   Peter I Brostowin
                   Assistant United States Attorney
                   U.S. Attorney's Office
                   100 Middle Street Plaza, East Tower
                   Portland, ME  04101
                   (207) 780-3257
                   Peter.Brostowin@usdoj.gov