# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIANA TITO | No. 2:23-mj-00349-KFW |

## MOTION FOR LEAVE TO DISMISS

The United States of America respectfully moves under Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Criminal Complaint in this case. The Defendant was apprehended and is being prosecuted by the State of Maine, thereby the United States is moving to dismiss its Criminal Complaint.

Date: January 8, 2024.

                                          Respectfully submitted,

                                          DARCIE N. MCELWEE
                                          United States Attorney

By:    /s/Peter I. Brostowin
        Assistant U.S. Attorney
        United States Attorney's Office
        100 Middle Street
        Portland, ME 04101
        Peter.Brostowin@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2024, I filed the foregoing Motion for Leave to Dismiss using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

                                                   /s/Peter I. Brostowin
                                                   Assistant U.S. Attorney