UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:23-mj-349-KFW |
| | ) |
| | ) |
| ARIANA TITO | ) |

ORDER OF DISCHARGE

A Notice of Dismissal having been filed by the Government, it is therefore adjudged that the defendant, Ariana Tito, is hereby,

DISCHARGED of all counts as charged in the Criminal Complaint, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 9th day of January, 2024.

    /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE